IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 19 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| RUBEN CARDONA, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | 2:05-CV-0225 |
| § | |
| DOUGLAS DRETKE, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed two petitions for a writ of habeas corpus wherein he challenges the result of two state prison disciplinary proceedings. Such cases were consolidated into this cause number on September 1, 2005. On August 14, 2006, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's habeas application be dismissed. On September 15, 2006, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2006.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE